

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00328-CR

## IN RE JAY YOON CHUNG

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

Jay Yoon Chung petitions this Court to mandamus the judge of the County Court at Law #1 in Navarro County to rule on his appellate briefs regarding his criminal conviction in that court. There are many procedural problems with this petition, including but not limited to: the petition has not been served and no record is attached. *See* TEX. R. APP. P. 9.5; 52.7. However, we use Rule 2 to look beyond the procedural problems to expedite our decision and deny this petition. *Id*. 2.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed November 6, 2014
Do not publish
[OT06]

